**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1309**

———————

JOSEPH T. SERE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Barry R. Poretz, Magistrate Judge.  (CA-97-1055-A)

———————

Submitted:  May 14, 1998          Decided:  May 27, 1998

———————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph T. Sere, Appellant Pro Se.  Adam Trevor Ackerman, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order granting the Commissioner's motion for summary judgment on Appellant's complaint seeking review of the Commissioner's denial of social security benefits.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Sere v. Apfel</u>, No. CA-97-1055-A (E.D.Va. Feb. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1994 & Supp. 1998).